**Jeremy STOCKSTILL, Plaintiff–Appellant**

v.

**CITY OF PICAYUNE; Bryan Dawsey, in his official capacity as Chief of Police for City of Picayune Police Department; Chad Prestridge, individu-**

ally and in his official capacity as Patrol Officer for the City of Picayune Police Department, Defendants–Appellees

No. 16–60103

United States Court of Appeals, Fifth Circuit.

Filed: 09/29/2016

Nathan W. Kellum, Center for Religious Expression, Memphis, TN.

Gary Erwin Friedman, Gregory Todd Butler, Phelps Dunbar, L.L.P., Jackson, MS.

Before REAVLEY, DAVIS, and JONES, Circuit Judges.

PER CURIAM: *

The court has carefully considered this appeal in light of the briefs, excellent oral arguments and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm essentially for the reasons stated in the district court's comprehensive oral findings and conclusions.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.